# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00464-PA-1 |
| Plaintiff, | **ORDER GRANTING *EX PARTE* APPLICATION TO DISCLOSE SEALED TRANSCRIPT TO COUNSEL** |
| v. | |
| KESAI DOSS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sealed transcript for the hearings held on November 17, 2025 (Dkt. No. 48), December 17, 2025 (Dkt. No. 52), and December 23, 2025 (Dkt. No. 54), is ordered disclosed to counsel of record for Kesai Doss for the purposes of assessing the merits of his appeal.  Except as authorized by this order, the transcripts are to remain sealed and not to be disclosed to the public.

DATED: _June 23, 2026

_____
PERCY ANDERSON
United States District Judge